CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Greg.Addington@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WARREN TUCKER,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA ex rel. U.S. Postal Service, and<br>JUSTIN MICHAEL RIVERA,<br><br>           Defendants. | 3:21-cv-159-MMD-CLB<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

   Plaintiff Warren Tucker and defendants United States of America and Justin Michael Rivera, through their respective counsel, hereby stipulate and agree that this action be dismissed, without prejudice, pursuant to Rule 41(a)(2), Fed.R.Civ.P., with each such party to bear their own costs and expenses of litigation, including attorneys' fees.

//

//

1

1  The dismissal of this action is without prejudice to plaintiff's right to file a future civil action against the United States pursuant to the Federal Tort Claims Act and in conformity therewith, arising out of the events described in the complaint (#1).

__/s/ James W. Puzey____  
JAMES W. PUZEY, ESQ.  
Counsel for Plaintiff

___/s/ Greg Addington_____  
GREG ADDINGTON  
Assistant United States Attorney  
Counsel for defendants United States of America and Justin Michael Rivera

IT IS SO ORDERED

Date: __September 7_____, 2021

_____  
UNITED STATES DISTRICT JUDGE